UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>    v.<br><br>ELAINE ALISON BESTON,<br><br>                      Defendant. | CASE NO. MJ22-561<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant was arrested on a warrant issued by the District of Montana. She is on supervision in that district, and it is alleged she have violated conditions of her supervision. She had no permission to leave the District of Montana. According to the petition issued in Montana, Defendant's probation officer made numerous calls to Defendant at the end of October. The probation officer received no response and indicated Defendant's whereabout were unknown . As Defendant was arrested in this district, it is clear that she absconded supervision and should be detained.

It is therefore **ORDERED**:

DETENTION ORDER - 1

(1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 23rd day of November, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2